UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CENTAURI SPECIALTY INSURANCE COMPANY | * * * | CIVIL ACTION NO: 3:20-cv-00608 |
| Plaintiff, | * * | |
| v. | * * | |
| KAYLA SAFFORD | * * | |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S SUPPLEMENT TO ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

NOW INTO COURT, comes Plaintiff, Centauri Specialty Insurance Company, ("Centauri"), and files this Supplement to its Response in Opposition to Defendant, Kayla Safford's ("Safford"), Motion to Dismiss, to cite Defendant, John Doe's ("Doe"), Answer to Plaintiff's Second Amended Complaint as further evidence in support of its Response.

Safford's Motion to Dismiss this declaratory action asserts that this Honorable Court does not have subject matter jurisdiction over this suit because Centauri cannot show the amount in controversy in the Underlying Suit exceeds $75,000.00. Since the filing of Centauri's response to Safford's motion, Doe has filed his Answer to Centauri's Second Amended Complaint (Doc. 29). In Paragraph 10 of Doe's

1

Answer, he "admits that he seeks compensatory damages for physical injuries, severe emotional distress, punitive damages, interests, costs, expert fees and attorney's fees, and that the amount in controversy exceeds $75,000.00 . . ." Accordingly, the amount in controversy in the present action exceeds $75,000.00 even prior to the consideration of Centauri's costs to defend Safford. As such, this Honorable Court has jurisdiction over this matter and Safford's Motion to Dismiss should be denied.

    Respectfully submitted:

    *Attorneys for Plaintiff, Centauri Specialty Insurance Company:*

    /s/ George L. Morris, IV
    George L. Morris, IV
    ASB-9985-O73M
    PHELPS DUNBAR LLP
    P. O. Box 830612
    Birmingham, AL  35283-0612
    Telephone:  (205) 716-5200
    Facsimile:  (205) 716-5389
    E-Mail: george.morris@phelps.com

    James J. Nader
    Charles R. Rumbley
    Benjamin J. Russell
    LOBMAN, CARNAHAM, BATT,
      ANGELLE & NADER
    400 Poydras Street, Suite 2300
    New Orleans, LA  70130
    (*Admitted Pro Hac Vice*)

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Michael Tanner
Hall Tanner Hargett P.C.
201 S. Court St., Suite 320
Florence, AL 35630
Tel: 256-381-7750
Fax: 256-381-4449
*Attorney for Defendant Kayla Safford*

Rebeka Keith McKinney
Watson McKinney, LLP
200 Clinton Avenue, W., Ste. 110
Huntsville, AL 35801
Tel: (256) 536-7423
*Attorney for Defendant John Doe*

Cooper Shattuck
Cooper Shattuck, LLC
P.O. Box 3142
Tuscaloosa, AL 35403
Tel: (205) 394-3200
*Attorney for Defendant John Doe*

**/s/ George L. Morris, IV**